479 A.2d 1099

Commonwealth v. Headley, Appellant.

Submitted March 26, 1984. Alphonse P. Lepore, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

The suspended sentence for corruption of minors is vacated and the sentence for involuntary deviate sexual intercourse is affirmed.